# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE BOWIE**, | : | CIVIL ACTION NO. 1:07-CV-0747 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT WYNDER**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 2nd day of May, 2007, upon consideration of the standing practice order issued in this matter (Doc. 5), which places on plaintiff an affirmative obligation to keep the court informed of his current address and requires him to immediately notify the court in writing of a change of address (Doc. 5, p. 5), and it appearing that the court's most recent order (Doc. 7) was returned as undeliverable (Doc. 8) and, that according to the records department at the State Correctional Institution at Dallas, plaintiff's place of incarceration, plaintiff was paroled on April 13, 2007, and is no longer incarcerated, and it further appearing that the court is unable to communicate with plaintiff, it is hereby ORDERED that the lawsuit is DEEMED abandoned.[1]  The Clerk of Court is directed to CLOSE this case.

     S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] "If the court is unable to communicate with the plaintiff because the plaintiff has failed to notify the court of his or her address, the plaintiff will be deemed to have abandoned the lawsuit." (Doc. 5, p. 5).